UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:24-cv-01264-SVW-PVC | Date | December 12, 2024 |
|---|---|---|---|
| Title | Gabriel Pieslonsdale v. Riverside County Sheriff Department et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**  IN CHAMBERS ORDER DISMISSING ACTION

The Court, on July 25, 2024, issued an order granting plaintiff's Request to Proceed Without Prepayment of Filing Fees.

The Court ordered plaintiff to make an initial partial filing fee of $7.69, within thirty days of the order.

Plaintiff has failed to comply with the order. No payment has been received.

The Court orders the case dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |